STEPHEN H. DYE (SBN 104385)
  e-mail: sdye@schnader.com
RICHARD J. MAY (SBN 234684)
  e-mail: rmay@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
650 California Street, 19th Floor
San Francisco, California 94108-2736
Telephone: (415) 364-6700
Facsimile: (415) 364-6785

Attorneys for Defendant
FORD MOTOR COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY CARUSO,<br><br>            Plaintiff,<br><br>     vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>            Defendants. | **Case No.**<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTION 1441(b) (Diversity Jurisdiction)**<br><br>Complaint Filed:   May 1, 2018<br>Trial Date:   None Set |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE THAT** Defendant FORD MOTOR COMPANY ("Defendant") hereby removes to this District Court the state action currently pending in the SACRAMENTO County Superior Court of California, described more fully below.

This case is related to numerous cases coordinated in a multidistrict litigation, In re: Ford Motor Co. DPS6 PowerShift Transmission Products Liability Litigation, MDL No. 2814, pending in the Eastern District of California before the Honorable André Birotte Jr. Each of the plaintiffs here and in the MDL alleges breach of warranty obligations by Defendant FORD MOTOR COMPANY regarding a dual-dry clutch PowerShift synchronized 6-speed (DPS6)

1

NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTION 1441(b)

1  automatic transmission installed in a Ford Focus or Ford Fiesta—and each alleges a claim of
2  fraud in some manner regarding the DPS6 transmission.  Ford denies these allegations.  Ford
3  anticipates that this case will be included in the MDL.

4       Issues to be presented to the MDL judge for common and consistent adjudication
5  include jurisdictional questions.

## PLEADINGS

6  
7       1.    On May 1, 2018, a complaint ("Complaint") was filed in the Superior Court of
8  the State of California in and for the County of SACRAMENTO entitled, *Nancy Caruso v. Ford*
9  *Motor Company; and DOES 1 through 10, inclusive,* as Case Number 34-2018-00232152.  ***A***
10  ***true and accurate copy of the Complaint is attached hereto as*** ***Exhibit "A."***

## TIMELINESS OF REMOVAL

12       2.    Defendant FORD MOTOR COMPANY was served a copy of the Complaint in
13  this matter on May 7, 2018.  Defendant's removal is timely under 28 U.S.C. § 1446(b) as it is
14  being filed within 30 days of receipt by Defendant, through service or otherwise, of a copy of
15  the pleading from which it may be ascertained that the case is removable.  ***A true and accurate***
16  ***copy of the Notice of Service of Process for the Complaint is attached hereto as*** ***Exhibit "B."***

## DIVERSITY JURISDICTION

18       3.    In addition, this is a civil action of which this District Court has original
19  jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this District Court by
20  the Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that this action involves a
21  controversy between citizens of different states and the matter in controversy exceeds the sum
22  of $75,000.00, exclusive of interest and costs, as described below.

23       4.    At the time of the filing of this action and the filing of this Notice of Removal,
24  Plaintiff was and is a resident of the County of Sacramento, State of California and was and is,
25  upon information and belief, a citizen of the State of California.  (*See* Exh. "A" (Complaint,
26  paragraphs marked "Preliminary Statement."))

27       5.    At the time of the filing of this action and the filing of this Notice of Removal,
28  Defendant FORD MOTOR COMPANY is incorporated in and a citizen of Delaware.

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

6. Therefore, complete diversity of citizenship exists because Plaintiff resides in California; and the substantive Defendant in this action is incorporated in Delaware.

7. At issue is Plaintiff's claim of breach of warranty pursuant to the Song-Beverly Consumer Warranty Act. The Complaint alleges that the "Plaintiff suffered damages in a sum to be proven at trial in an amount that exceeds $25,000." (*See* Exh. "A" (Complaint, First Cause of Action.)) In the same Cause of Action, the Plaintiff claims to be entitled to "a civil penalty of two times Plaintiff's actual damages." Id. The Complaint itself demands damages that exceed the $75,000 amount in controversy required to establish jurisdiction in the United States District Court. 28 U.S.C. § 1441(b).

8. The instant complaint is one of a large number of Complaints filed in two California counties by the same law firm (143 were filed on March 9 alone). Liability is pleaded as five counts constituting violations of Song-Beverly and two counts constituting fraud (in the inducement and in the omission). The Complaints seek the following by way of *ad damnum* clause: Plaintiff's actual damages; restitution; civil penalty pursuant to Song-Beverly of two times the cost of the vehicle; costs of suit and attorneys' fees pursuant to Song-Beverly; any other remedies available under Song-Beverly, the UCC, or any other remedy the court deems proper; prejudgment interest; and, punitive damages related to the fraud counts.

**INTRADISTRICT ASSIGNMENT**

9. The United States District Court for the EASTERN District of California embraces the district and division in which the SACRAMENTO County court action is now pending, and thus this Court is a proper venue for the action pursuant to 28 U.S.C. § 84 (c)(1).

**NOTICE TO STATE COURT**

10. Pursuant to 28 U.S.C. § 1446(d), the undersigned counsel hereby certifies that a true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the Superior Court of the State of California, County of SACRAMENTO, and served upon all adverse parties.

///

///

3

NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTION 1441(b)

**WHEREFORE**, Defendant hereby notifies Plaintiff and her attorneys that the above-entitled action, formerly pending in the SACRAMENTO County Superior Court has been removed from that court to this Court.

Dated: June 1, 2018                       SCHNADER HARRISON SEGAL & LEWIS LLP


By: /s/Stephen H. Dye
     STEPHEN H. DYE
     Attorneys for Defendant
     FORD MOTOR COMPANY

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

4
NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTION 1441(b)